1  Robert E. Schumacher (SBN: 7504)
   rschumacher@grsm.com
2  Joshua Y. Ang (SBN: 14026)
   jang@grsm.com
3  Gordon Rees Scully Mansukhani, LLP
   300 S. 4th Street, Suite 1550
4  Las Vegas, NV 89101
   Telephone: (702) 577-9319
5  Facsimile: (702) 255-2858

6  Attorneys For: Defendant
   Credit Control Services, Inc. dba Credit Collection Services

7

8
                    **UNITED STATES DISTRICT COURT**
9                        **DISTRICT OF NEVADA**

10  William White                          )      CASE NO. 2:22-cv-02058

11  Plaintiff,                             )      JOINT STIPULATION AND ORDER
                                                  EXTENDING TIME TO FILE ANSWER
12  v.                                     )

13  Equifax Information Services, LLC;     )
    Experian Information Solutions, Inc.;
14  National Consumer Telecom & Utilities  )
    Exchange, Inc.; Credit Collection
15  Services; Bank of America N.A.; and    )
    Comcast Cable Communications
16  Management LLC,                        )

17  Defendants.                            )

18
        Plaintiff, William White ("Plaintiff") and Defendant, Credit Control Services, Inc. dba
19
    Credit Collection Services, incorrectly identified in Plaintiff's Complaint as Credit Collection
20
    Services, ("Defendant"), by and through their undersigned counsel of record, hereby agree
21
    and stipulate that the deadline by which Defendant must answer or otherwise respond to the
22
    Complaint is extended to January 20, 2023. This extension is appropriate to allow Defendant
23
    to continue settlement discussions and also to allow recently retained counsel to review and
24
    analyze the Complaint and prepare an appropriate response.
25
    ///
26
    ///
27

28

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

-1-

This is the parties' first request for an extension of time and is not intended to cause any undue delay or prejudice to any party.

Date:  January 5, 2023

Date: January 5, 2023

FREEDOM LAW FIRM, LLC

GORDON REES SCULLY
MANSUKHANI LLP

/s/Gerardo Avalos

/s/Joshua Y. Ang

George Haines (SBN: 9411)
Gerardo Avalos (SBN: 15171)
8985 South Eastern Avenue, Suite 350
Las Vegas, NV 89123
Telephone: 702-880-5554

Robert E. Schumacher (SBN: 7504)
Joshua Y. Ang (SBN:  14026)
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: 702-577-9330

Attorneys for Plaintiff
William White

Attorneys for Defendant
Credit Control Services, Inc. dba
Credit Collection Services

## ORDER

IT IS SO ORDERED

RICHARD E. BOULWARE, II
**United States District Court**
DATED this 9th day of January, 2023.

*Gordon Rees Scully Mansukhani, LLP*
*300 S. 4th Street, Suite 1550*
*Las Vegas, NV  89101*