Robert E. Schumacher (SBN: 7504)
rschumacher@grsm.com
Joshua Y. Ang (SBN: 14026)
jang@grsm.com
Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9319
Facsimile: (702) 255-2858

Attorneys For: Defendant
Credit Control Services, Inc. dba Credit Collection Services

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| William White | CASE NO. 2:22-cv-02058-RFB-VCF |
| Plaintiff, | JOINT STIPULATION AND ORDER EXTENDING TIME TO FILE ANSWER (SECOND REQUEST) |
| v. | |
| Equifax Information Services, LLC; Experian Information Solutions, Inc.; National Consumer Telecom & Utilities Exchange, Inc.; Credit Collection Services; Bank of America N.A.; and Comcast Cable Communications Management LLC, | |
| Defendants. | |

Plaintiff, William White ("Plaintiff") and Defendant, Credit Control Services, Inc. dba Credit Collection Services, incorrectly identified in Plaintiff's Complaint as Credit Collection Services, ("Defendant"), by and through their undersigned counsel of record, hereby agree and stipulate that the deadline by which Defendant must answer or otherwise respond to the Complaint is further extended to January 27, 2023. This extension is appropriate to allow Defendant to further continue settlement discussions (which remain under way) and also to allow recently retained counsel to review and analyze the Complaint and prepare an appropriate response.

///

///

-1-

This is the parties' second request for an extension of time and is not intended to cause any undue delay or prejudice to any party.

| | |
|---|---|
| Date: January 18, 2023 | Date: January 18, 2023 |
| FREEDOM LAW FIRM, LLC | GORDON REES SCULLY MANSUKHANI LLP |
| /s/Gerardo Avalos | /s/Joshua Y. Ang |
| George Haines (SBN: 9411)<br>Gerardo Avalos (SBN: 15171)<br>8985 South Eastern Avenue, Suite 350<br>Las Vegas, NV 89123<br>Telephone: 702-880-5554 | Robert E. Schumacher (SBN: 7504)<br>Joshua Y. Ang (SBN: 14026)<br>300 S. 4th Street, Suite 1550<br>Las Vegas, NV 89101<br>Telephone: 702-577-9330 |
| Attorneys for Plaintiff<br>William White | Attorneys for Defendant<br>Credit Control Services, Inc. dba<br>Credit Collection Services |

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

January 19, 2023

-2-