Joel E. Tasca, Esq.
Nevada Bar No. 14124
Madeleine Coles
Nevada Bar No. 16216
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
colesm@ballardspahr.com

*Attorneys for Defendant Comcast Cable Communications Management, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM WHITE,<br><br>  Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; CREDIT COLLECTION SERVICES; BANK OF AMERICA, N.A.; and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>  Defendants. | CASE NO. 2:22-cv-02058-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>(Third Request) |

The current deadline for Defendant Comcast Cable Communications Management, LLC to respond to Plaintiff William White's complaint is February 3, 2023. Defendant has requested, and Plaintiff has agreed, that Comcast shall have up to and including February 17, 2023, to respond to Plaintiff's complaint, to provide additional time for Comcast to investigate Plaintiff's allegations and for the parties to discuss a potential early resolution of claims asserted against Comcast.

This is the third request for such an extension, and it is made in good faith and not for purposes of delay.

DMFIRM #406526717 v1

Dated: February 1, 2023

| BALLARD SPAHR LLP | FREEDOM LAW FIRM, LLC |
|---|---|
| By: /s/ *Joel E. Tasca*<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Madeleine Coles, Esq.<br>Nevada Bar No. 16216<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ *Gerardo Avalos*<br>Gerardo Avalos, Esq.<br>Nevada Bar No. 15171<br>George Haines, Esq.<br>Nevada Bar No. 9411<br>8985 South Eastern Ave., Suite 350<br>Las Vegas, Nevada 89123 |
| *Attorneys for Defendant Comcast Cable Communications Management, LLC* | *Attorneys for Plaintiff William White* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 2-2-2023