George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff William White*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| William White,<br><br>              Plaintiff,<br><br>v.<br><br>Equifax Information Services, LLC; Experian Information Solutions, Inc.; National Consumer Telecom & Utilities Exchange, Inc.; Credit Collection Services; Bank of America, N.A.; and Comcast Cable Communications Management, LLC,<br><br>              Defendants. | Case No.: 2:22-cv-02058<br><br>**Stipulation of dismissal of National Consumer Telecom & Utilities Exchange, Inc. with prejudice** |

STIPULATION                                          - 1 -

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, William White and National Consumer Telecom & Utilities Exchange, Inc. stipulate to dismiss Plaintiff's claims against National Consumer Telecom & Utilities Exchange, Inc. with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: March 2, 2023.

**FREEDOM LAW FIRM**

/s/ Gerardo Avalos
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff William White*

**GREENE INFUSO**

/s/ Michael V. Infuso
Michael V. Infuso, Esq.
3030 South Jones Blvd, Suite 101
Las Vegas, Nevada 89146
*Counsel for Defendant National Consumer Telecom & Utilities Exchange, Inc.*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 8th day of March, 2023.

STIPULATION                - 2 -