1  George Haines, Esq.
2  Nevada Bar No.: 9411
3  Gerardo Avalos, Esq.
   Nevada Bar No.: 15171
4  **FREEDOM LAW FIRM**
5  8985 S. Eastern Ave., Suite 350
   Las Vegas, Nevada 89123
6  (702) 880-5554
7  (702) 385-5518 (fax)
8  Ghaines@freedomlegalteam.com
9  *Attorneys for Plaintiff William White*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| William White, | Case No.: 2:22-cv-02058 |
| Plaintiff, | **Stipulation of dismissal of Bank of America, N.A. with prejudice** |
| v. | |
| Equifax Information Services, LLC; Experian Information Solutions, Inc.; National Consumer Telecom & Utilities Exchange, Inc.; Credit Collection Services; Bank of America, N.A.; and Comcast Cable Communications Management, LLC, | |
| Defendants. | |

STIPULATION                                    - 1 -

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, William White and Bank of America, N.A. stipulate to dismiss Plaintiff's claims against Bank of America, N.A. with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: March 16, 2023.

**FREEDOM LAW FIRM**

/s/ Gerardo Avalos
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff William White*

**WRIGHT, FINLAY & ZAK, LLP**

/s/ Jory C. Garabedian
Darren T. Brenner, Esq.
Jory C. Garabedian, Esq.
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Counsel for Defendant Bank of America, N.A.*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Court
DATED this 17th day of March, 2023.