George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff William White*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| William White,<br><br>　　　　　Plaintiff,<br>　v.<br><br>Equifax Information Services, LLC; Experian Information Solutions, Inc.; National Consumer Telecom & Utilities Exchange, Inc.; Credit Collection Services, Inc.; Bank of America, N.A.; and Comcast Cable Communications Management, LLC,<br><br>　　　　　Defendants. | Case No.: No.: 2:22-cv-02058<br><br>**Stipulation for dismissal of Equifax Information Services, LLC with prejudice.** |

　　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, William White and Equifax Information Services, LLC stipulate to dismiss Plaintiff's claims against Equifax Information Services, LLC with prejudice.

///

_____
STIPULATION                                        - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: March 28, 2024.

**FREEDOM LAW FIRM**

/s/ *George Haines*
George Haines, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff William White*

**CLARK HILL PLLC**

/s/ *Gia N. Marina*
Gia N. Marina, Esq.
Clark Hill PLLC
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
*Counsel for Equifax Information Services, LLC*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITES STATES DISTRICT JUDGE

DATED: March 29, 2024

_____

STIPULATION                               - 2 -